BRAND
vs.
TOURNE & BECK-    It is, therefore, ordered, adjudged and decreed, that the
WITH ET AL. judgment of the Probate Court be affirmed, with costs.

BRAND vs. TOURNE & BECKWITH ET AL.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

The owners of steam-boats are liable for the injury done and loss sustained
by individuals, through the negligence or misconduct of their masters.

This is an action against the defendants as joint owners of
the steam-boat Abeona, to render them liable and recover
the sum of one thousand five hundred and sixty dollars, for
the loss of twenty-six hogsheads of sugar, occasioned by the
negligence and misconduct of the commander of said steam-
boat, in running down and sinking the schooner Cultivator,
in the Mississippi, on which the sugar was shipped, from the
parish of St. James, for New-Orleans.

The defendants pleaded a general denial.    The testimony
in this case is similar to that in the case of Sauné vs. Tourné
& Beckwith, 9 Louisiana Reports, 425 and 428.

The district judge was of opinion the loss and sinking of
the schooner was occasioned by an unavoidable accident, not
to be placed to the blame or account of either party.    Judg-
ment was given for the defendants, and the plaintiff appealed.

Shepard and Deblieux, for the plaintiff.

D. Seghers, contra.

*Bullard, J.,* delivered the opinion of the court.

EASTERN DIST.
*June,* 1836.

This suit is brought to recover the value of twenty-six hogsheads of sugar, part of the cargo of the schooner Culti-vator, which was sunk in consequence of a collision with the steam-boat Abeona, belonging to the defendants. The evidence is substantially the same which we had before us in the case of the owner of the schooner against the same parties, and we then came to the conclusion, after very deliberate reflection, that the defendants were in fault and liable for the loss. The District Court having thought otherwise, we have again maturely considered the case and are of opinion that the plaintiffs are entitled to recover. For the reasons and grounds of this opinion, we refer to the case above mentioned, decided at the May term. 9 *Louisiana Reports,* 425 and 428.

The owners of steam-boats are liable for the injury done, and loss sustained by individuals, through the negligence or misconduct of their masters.

It is shown that the sugar of the plaintiff was worth sixty dollars per hogshead.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be avoided and reversed, and it is further adjudged and decreed, that the plaintiffs recover of the defendants the sum of one thousand five hundred and sixty dollars, with costs in both courts.

